NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>CARLTON LARRY TUMBLING,<br><br>  Defendant. | Case No.: CR 13-00486-JLS<br><br>**ORDER CONTINUING SENTENCING AND SCHEDULING MOTION TO WITHDRAW GUILTY PLEA**<br><br>Hon. Josephine L. Staton |

Based upon the parties' Joint Motion and Stipulation to Continue Sentencing and File Motion to Withdraw Plea, and for good cause shown, IT IS HEREBY ORDERED THAT Defendant CARLTON LARRY TUMBLING's sentencing be continued from September 25, 2014, to January 23, 2015, at 8:30 a.m. The hearing on

Defendant's motion to withdraw his guilty plea is scheduled for **November 20, 2014 at 2:00 p.m.**

**SO ORDERED:**

Dated: Sept. 15, 2014

                              JOSEPHINE L. STATON
                              _____
                              Honorable Josephine L. Staton
                              United States District Judge

cc: PSA; USPO